AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-mj-01169-Duty | 03/27/2019 10:00 AM | Sent via certified Mail |

Inventory made in the presence of:
SA Diefer Willkomm and TFO David Smith

Inventory of the property taken and name of any person(s) seized:

Digital evidence collected from examined cell phone

Call Logs - Inbound/outbound

Photographs - various

Contact Lists

Sms/mms Text messages

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/09/19

_____
Executing officer's signature

BRIAN J SULLIVAN
Printed name and title